1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          No. 2:85-cr-00275 WBS

12             Plaintiff,

13        v.                            **ORDER**

14   KERRY CONRAD BINGER,

15             Defendant.

16

17        Defendant's Request for Appointment of Counsel under the

18   Criminal Justice Act to assist or represent him in the matter

19   before the United States Parole Commission is GRANTED.

20        Dated:  August 14, 2013

21

22                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                              1